UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **DANIEL SMITH** | :: | |
|     Plaintiff | :: | Civil Case No. 3-11-1055 |
| | :: | Judge William J. Haynes, Jr. |
| vs. | :: | |
| | :: | |
| **CHASE BANK USA, N. A.** | | |
|     Defendant | :: | |

## STATEMENT OF MATERIAL FACTS

Comes now Plaintiff Daniel Smith ("Smith") and submits the following Statement of Material Facts, pursuant to L. R. 56.01(b), which Smith believes there is no dispute:

1. Plaintiff Smith opened the Chase Bank USA, N. A. ("Chase") credit card account at issue in December 2005. See Compl. ¶ 4; Def. Answer ¶ 4.

2. Smith was provided a 2005 Cardmember Agreement by Chase that contained an arbitration provision[1]. See Compl. ¶ 5, Pl. Exhibit A.

3. The Cardmember Agreement that governs the parties' relationship is the one attached to Plaintiff Smith's complaint. See Compl. Exhibit A and Exhibit B (Daniel Smith's Affidavit).

4. In January 2007 plaintiff received a document from Chase entitled:"IMPORTANT NOTICE OF CHANGE IN TERMS AND RIGHT TO OPT OUT". See Compl. ¶ 6; Def. Answer ¶ 6.

---

[1] In Civil Case No. 03-11-1065, Chase attached a Cardmember Agreement to their Complaint (marked as Exhibit C) they allege was dated December 4, 2005. However, both agreements contain identical arbitration agreements.

5. In a letter to defendant dated February 20, 2007 plaintiff opted out of any changes to the terms of the 2005 Agreement. See Daniel Smith's Affidavit ¶ 3.

6. The account was closed to new purchases on February 27, 2007. See Def. Answer ¶ 8.

7. The account carried an outstanding balance and Plaintiff continued to make payments on the Account until on or about October 4, 2011. See Def. Answer ¶ 8.

8. Smith paid the account in full in October 2011. See Compl. ¶ 10; Def. Answer ¶ 10.

9. A dispute has arisen between the parties and the plaintiff initiated a claim with the American Arbitration Association. See Compl. ¶ 11, 12; Def. Answer ¶ 11, 12.

10. Chase has resisted arbitration. See Def. Answer ¶ 13

11. Chase never sent any subsequent Agreement(s), notice(s), or any correspondence related to removal of the Arbitration Clause nor did plaintiff agree to any changes. See Daniel Smith's Affidavit ¶ 4

12. The parties relationship is governed by the 2005 Cardmember Agreement. See Daniel Smith's Affidavit ¶ 5.

13. The Arbitration Agreement survives any alleged revision or change(s) to the 2005 Agreement. See Daniel Smith's Affidavit ¶ 6.

_____

Respectfully submitted December 22, 2011

Daniel Smith, Pro Se
4005 Murphy Road
Nashville, Tennessee 37209
615-385-4943
615-250-8742 (fax)

## CERTIFICATE OF SERVICE

This will serve to certify that a true and correct copy of **STATEMENT OF MATERIAL FACTS** has been served upon the following via US Mail on December 22, 2011:

Kinika L. Young
Bass, Berry & Sims
150 Third Avenue, South
Suite 2800
Nashville, TN 37201
615-742-6276
kyoung@bassberry.com
Attorney for Chase Bank USA, N.A.

Daniel Smith, Pro Se
4005 Murphy Road
Nashville, TN 37209
615-385-4943
615-250-8742 (fax)